# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOEY MCMILLAN, | |
| Plaintiff, | CIVIL ACTION FILE NO |
| v. | 1:17-CV-02653-SCJ |
| ARROW TRUCK SALES, INCORPORATED, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff JOEY MCMILLAN and Defendant ARROW TRUCK SALES, INCORPORATED by and through their counsel of record, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Procedure, stipulate to the dismissal with prejudice of all claims by the parties with each party to bear its own costs. The parties respectfully request that the Court take note of this stipulation, and that the dismissal of these claims of this civil action be noted on the Court's docket.

This 11th day of September, 2020.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Roger E. Harris*
_____
Roger E. Harris
Georgia State Bar No. 331302
*Attorneys for Defendant*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
roger.harris@swiftcurrie.com

**SILVIS, AMBROSE, LINDQUIST & COCH, P.C.**

By:  *Benjamin L. Lindquist*
_____
(signed by REH w/ express permission)
Benjamin L. Lindquist
Georgia State Bar No. 452960
*Attorneys for Plaintiff*

P.O. Box 1557
220 South Hansell Street
Thomasville, GA  31799-1557
Telephone: (229) 228-4258
Ben@silvis-ambrose.com

**LAW & MORAN**

By: *E. Michael Moran*

_____
 (signed by REH w/ express permission)
Peter A. Law
Georgia State Bar No. 439655
E. Michael Moran
Georgia State Bar No. 521602
Elizabeth A. Rose
Georgia State Bar No. 940275
*Attorneys for Plaintiff*

563 Spring Street
Atlanta, GA  30308
Telephone: (404) 814-3700
pete@lawmoran.com
mike@lawmoran.com
elizabeth@lawmoran.com

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)**

This is to certify that the foregoing submission to the court was prepared using Times New Roman 14 point in accordance with LR 5.1(C).

This 11th day of September, 2020.

                               **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                    */s/ Roger E. Harris*
By:    _____
           Roger E. Harris
           Georgia State Bar No. 331302
           *Attorneys for Defendant*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
roger.harris@swiftcurrie.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE* has been filed electronically with the Clerk of Court, which will automatically send e-mail notification of such filing to all counsel of record:

| | |
|---|---|
| Benjamin L. Lindquist | Peter A. Law |
| Silvis, Ambrose, Lindquist & Coch, P.C. | E. Michael Moran |
| P.O. Box 1557 | Elizabeth A. Rose |
| 220 South Hansell Street | Law & Moran |
| Thomasville, GA  31799-1557 | 563 Spring Street |
| | Atlanta, GA 30308 |

This 11th day of September, 2020.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Roger E. Harris*

_____
Roger E. Harris
Georgia State Bar No. 331302
*Attorneys for Defendant*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
roger.harris@swiftcurrie.com

4845-0830-7914, v. 1